In the Matter of the Claim of AGATHA PARKER, Respondent, v. 36 SOUTH OXFORD ST., INC. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J.

Gibson, P. J., Reynolds, Aulisi, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.